UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANA DELIA RIVERA,

                   Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

-------------------------------------------------------------X

ORDER OF SERVICE

13 Civ. 1633 (CS)

Seibel, J.:

       The Court directs the Clerk of Court to issue a summons in this action and prepare and forward the necessary papers to the United States Marshal for service of the summons and complaint on the Commissioner of Social Security.

SO ORDERED.

Dated: March 15, 2013
       White Plains, New York

                                                 CATHY SEIBEL, U.S.D.J.